No. 8,390.   STATE ex Rel. VAL C. DIETZ, Relator, v. DISTRICT COURT et al., Respondents.

Decided November 16, 1942.

PER CURIAM.—The above application for a writ is hereby denied.

*Mr. W. D. Kyle,* for Relator.